No. 394. IN RE LEVY. C. A. 5th Cir. Certiorari granted. *Bernard A. Golding* for petitioner.

No. 271. SELTENREICH ET AL., DOING BUSINESS AS FAIRBANKS AIR SERVICE, ET AL. *v.* TOWN OF FAIRBANKS ET AL. C. A. 9th Cir. Certiorari denied. *Hubert A. Gilbert* for petitioners. *Theodore I. Seamon* for respondents.

No. 382. BARREIRO *v.* BROWNELL, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for respondent.

No. 386. KAFES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce, Joseph M. Howard* and *Dickinson Thatcher* for the United States.

No. 388. TALANKER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Samuel Mezansky* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 389. FOREMAN & CLARK, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *George R. Richter, Jr.* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.